B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Louisiana

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Whitten Foundation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**31-1550508** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3619 Texas Street**<br>**Lake Charles, LA**<br>ZIP Code **70607** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Calcasieu** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 16506**<br>**Mobile, AL**<br>ZIP Code **36616-0506** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Whitten Foundation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Whitten Foundation** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Gerald J. Casey**
Signature of Attorney for Debtor(s)

**Gerald J. Casey 3967**
Printed Name of Attorney for Debtor(s)

**Gerald J. Casey**
Firm Name
**Attorney at Law
613 Alamo Street
Lake Charles, LA 70601**
Address

**Email: gcasey@caseylaw.net
337-474-5005  Fax: 337-310-4877**
Telephone Number

**March 31, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Patrick J. Coffey**
Signature of Authorized Individual

**Patrick J. Coffey**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 31, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re **Whitten Foundation**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AJT Construction, LLC<br>3619 Texas Street<br>Lake Charles, LA 70607 | AJT Construction, LLC<br>3619 Texas Street<br>Lake Charles, LA 70607 | open account - for Embers | | 50,000.00 |
| Albarado's Painting & Steam King<br>222 Rue Septembre<br>Scott, LA 70583 | Albarado's Painting & Steam King<br>222 Rue Septembre<br>Scott, LA 70583 | open account-Embers | | 10,295.00 |
| Blue Skies Landscape, LLC.<br>PO Box 40848<br>Baton Rouge, LA 70835 | Blue Skies Landscape, LLC.<br>PO Box 40848<br>Baton Rouge, LA 70835 | open account - Embers | | 8,552.62 |
| BoCamp, LLC<br>Bo Bohnet<br>c/o Wegman Dazet<br>180 N. Camellia #106<br>Covington, LA 70433 | BoCamp, LLC<br>Bo Bohnet<br>c/o Wegman Dazet<br>Covington, LA 70433 | open account-Whitten Foundation | | 82,000.00 |
| East Baton Rouge Sheriff & and Tax Collector<br>1270 Rosenwald Rd.<br>Baton Rouge, LA 70807 | East Baton Rouge Sheriff & and Tax Collector<br>1270 Rosenwald Rd.<br>Baton Rouge, LA 70807 | property taxes - Courtyard | | 44,061.61 |
| Lamond G. Whitten<br>59003 Pine Bay Lane<br>Lacombe, LA 70445 | Lamond G. Whitten<br>59003 Pine Bay Lane<br>Lacombe, LA 70445 | promissory note | | 1,269,796.00 |
| Lamond G. Whitten<br>59003 Pine Bay Lane<br>Lacombe, LA 70445 | Lamond G. Whitten<br>59003 Pine Bay Lane<br>Lacombe, LA 70445 | promissory note | | 336,000.00 |
| Liberty Surplus Insurance Corp<br>55 Water Street<br>23rd Floor<br>New York, NY 10041 | Liberty Surplus Insurance Corp<br>55 Water Street<br>23rd Floor<br>New York, NY 10041 | open account-Embers | | 15,000.00 |
| Louisiana Rental Investors, LLC<br>c/o Lamond G. Whitten<br>59003 Pine Bay Lane<br>Lacombe, LA 70445 | Louisiana Rental Investors, LLC<br>c/o Lamond G. Whitten<br>59003 Pine Bay Lane<br>Lacombe, LA 70445 | bond issued by La. Public Facilities Authority on 8/28/2002 | | 1,950,000.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Louisiana Rental Investors, LLC<br>c/o Lamond G. Whitten<br>59003 Pine Bay Lane<br>Lacombe, LA 70445 | Louisiana Rental Investors, LLC<br>c/o Lamond G. Whitten<br>59003 Pine Bay Lane<br>Lacombe, LA 70445 | bond issued by La Public Facilities Authority on 8/28/2002 | | 800,000.00 |
| McCollister, McCleary & Fazio<br>PO Box 40686<br>Baton Rouge, LA 70835 | McCollister, McCleary & Fazio<br>PO Box 40686<br>Baton Rouge, LA 70835 | open account-Courtyard | | 8,664.50 |
| Multifamily Management, Inc.<br>PO Box 15605<br>Mobile, AL 36616 | Multifamily Management, Inc.<br>PO Box 15605<br>Mobile, AL 36616 | open account - Embers | | 418,236.63 |
| Multifamily Management, Inc.<br>PO Box 15605<br>Mobile, AL 36616 | Multifamily Management, Inc.<br>PO Box 15605<br>Mobile, AL 36616 | open account-Courtyard | | 71,821.22 |
| Rasa Floors & Carpet Cleaning<br>PO Box 619130<br>Dallas, TX 75261 | Rasa Floors & Carpet Cleaning<br>PO Box 619130<br>Dallas, TX 75261 | open account-Embers | | 46,990.48 |
| Rotolo Consultants, Inc.<br>864 Roberts Road<br>Slidell, LA 70458 | Rotolo Consultants, Inc.<br>864 Roberts Road<br>Slidell, LA 70458 | open account-Embers | | 6,291.00 |
| Stephen Construction & Painting<br>521 Meadow Bend Drive<br>Baton Rouge, LA 70820 | Stephen Construction & Painting<br>521 Meadow Bend Drive<br>Baton Rouge, LA 70820 | open account-Courtyard | | 7,840.00 |
| Suddenlink Communications<br>PO Box 660365<br>Dallas, TX 75266 | Suddenlink Communications<br>PO Box 660365<br>Dallas, TX 75266 | open account-Embers | | 28,363.55 |
| Unit Inc.<br>PO Box 160646<br>Mobile, AL 36616 | Unit Inc.<br>PO Box 160646<br>Mobile, AL 36616 | open account-Embers | | 39,000.00 |
| Unit Inc.<br>PO Box 160646<br>Mobile, AL 36616 | Unit Inc.<br>PO Box 160646<br>Mobile, AL 36616 | open account-Courtyard | | 35,350.00 |
| Whitney National Bank Recovery Dept.<br>PO Box 4019<br>Gulfport, MS 39502-4019 | Whitney National Bank Recovery Dept.<br>PO Box 4019<br>Gulfport, MS 39502-4019 | LOC loan | | 54,605.73 |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **Whitten Foundation**                                                                          Case No.
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 31, 2015**                              Signature  **/s/ Patrick J. Coffey**
                                                                 **Patrick J. Coffey**
                                                                 **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                       Best Case Bankruptcy

# United States Bankruptcy Court
### Western District of Louisiana

In re **Whitten Foundation**     Case No.
Debtor(s)     Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **$325.00 per hour** |
   | Prior to the filing of this statement I have received | $ **$20,000.00** |
   | Balance Due | $ **unknown** |

2. The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Preparing Reaffirmation Agreements.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **March 26, 2015**     **/s/ Gerald J. Casey**
**Gerald J. Casey**
**Gerald J. Casey**
**Attorney at Law**
**613 Alamo Street**
**Lake Charles, LA 70601**
**337-474-5005 Fax: 337-310-4877**
**gcasey@caseylaw.net**

AJT Construction, LLC
3619 Texas Street
Lake Charles, LA 70607


Albarado's Painting & Steam King
222 Rue Septembre
Scott, LA 70583


Allied Waste
PO Box 9001099
Louisville, KY 40290


Apartment Finder
PO Box 935080
Atlanta, GA 31193


Appliance Parts
1700 Common Street
Lake Charles, LA 70601


Baton Rouge Sewer & Drain Servic
DBA Rotorooter
PO Box 64966
Baton Rouge, LA 70896


Blue Skies Landscape, LLC
10154 S. Choctaw Drive
Baton Rouge, LA 70815


Blue Skies Landscape, LLC.
PO Box 40848
Baton Rouge, LA 70835


BoCamp, LLC
Bo Bohnet
c/o Wegman Dazet
180 N. Camellia #106
Covington, LA 70433

Bradford Matens/ Bailey
12428 Floresta Ct.
San Diego, CA 92128


Bret P. Furr
Taylor Porter Brooks & Phillips
PO Box 2471
Baton Rouge, LA 70821


Brett P. Furr
Taylor Porter Brooks & Phillips
PO Box 2471
Baton Rouge, LA 70821


Calcasieu Parish Sheriff
PO Box 1787
Lake Charles, LA 70602


Chenevert / True Value
13353 Perkins
Baton Rouge, LA 70810


Christobal Inc.


Cohn Reznick LLP
525 N. Tyron Street, Ste. 1000
Charlotte, NC 28202


Commercial Flooring & Gulf Coast
5403 Powell Street
New Orleans, LA 70123


Davis Construction of D'Ibervill
1002 Lorraine Road
Gulfport, MS 39503

East Baton Rouge Sheriff &
and Tax Collector
1270 Rosenwald Rd.
Baton Rouge, LA 70807


Electric Gates & Access Controls
PO Box 872
Port Allen, LA 70767


Iberiabank
Commercial Lending- New Orleans
601 Poydras Street, Suite 2075
New Orleans, LA 70130


Ideal Appliance Parts
PO Box 7007
Metairie, LA 70010


Indatus
118 E. Main Street
Louisville, KY 40202


Integrity Carpet Inc.
2835 Virgina Street
Kenner, LA 70062


IRS
Insolvency Unit
1555 Poydras Street, Suite 220
STOP 31
New Orleans, LA 70112


IRS District Counsel
POB 30509
New Orleans, LA 70160


Jed Duhon
Street
Baton Rouge, LA 70802

Josh Garon Plumbing
24270 Hoo Shoo Too Road
Baton Rouge, LA 70817


Lamond G. Whitten
59003 Pine Bay Lane
Lacombe, LA 70445


Liberty Surplus Insurance Corp
55 Water Street
23rd Floor
New York, NY 10041


Louisiana Landscape Specialty
1701 Belle Chasse Hwy
Gretna, LA 70056


Louisiana Rental Investors, LLC
c/o Lamond G. Whitten
59003 Pine Bay Lane
Lacombe, LA 70445


Lowe's
PO Box 530970
Atlanta, GA 30353


Maintenance USA
PO Box 2317
Jacksonville, FL 32203


McCollister, McCleary & Fazio
PO Box 40686
Baton Rouge, LA 70835


Multifamily Management, Inc.
PO Box 15605
Mobile, AL 36616

Noland Company
5251 South Sherwood Forest
Baton Rouge, LA 70818



Peachtree Business Products Inc.
PO Box 670088
Marietta, GA 30066



Precision Mobile, LLC
213 S. Acadian Thruway
Ste. A
Baton Rouge, LA 70806



Property Solutions
PO Box 1055
Lehi, UT 84043



Property Solutions
1055 Lehi
Lehi, UT 84043



Rasa Floors & Carpet Cleaning
PO Box 619130
Dallas, TX 75261



Restored Surfaces Inc,
DBA Surface Restoration
9009 A. Sovereign Row
Dallas, TX 75247



Roberts Top 2 Bottom Cleaning Se
PO Box 964
Sulphur, LA 70665



Rotolo Consultants, Inc.
864 Roberts Road
Slidell, LA 70458

Small Business Administration
200 W. Santa Ana Blvd.
Suite 180
Santa Ana, CA 92701


Small Business Administration
365 Canal Street
Suite 2820
New Orleans, LA 70130


State of Louisiana
Dept. of Revenue & Taxation
P.O. Box 66658
Baton Rouge, LA 70896


Stephen Construction & Painting
521 Meadow Bend Drive
Baton Rouge, LA 70820


Suddenlink Communications
PO Box 660365
Dallas, TX 75266


Surface Connection
2175 Manan Drive
Dallas, TX 75220


SWLA Lawn and Landscape, LLC
3427 E. Mapoleion Street
Sulphur, LA 70663


The Home Depot Supply Cust
#5565850
PO Box 509058
San Diego, CA 92150

The SBA
Disaster Home Loan Ser. Center
10737 Gateway West, Suite 300
El Paso, TX 79935


The Sherwin Williams Co.
508 Prien Lake Road
Lake Charles, LA 70601


Tiger Tools Sales, Rentals
& Repairs LLC
7004 Government Street
Baton Rouge, LA 70820


Twisted Vines Landscaping
5714 Spruce Street
Lake Charles, LA 70605


Unit Inc.
PO Box 160646
Mobile, AL 36616


US Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206


US Dept of Justice Tax Division
Assistant Atty General
POB 14198
Ben Franklin Station
Washington, DC 20044


US SBA District Counsel
365 Canal Street #2250
New Orleans, LA 70130

US Small Buisness Administration
2719 N. Air Fresno Dr., Ste. 107
Fresno, CA 93727-1547


Wegmann Dazet & Company
111 Veterans Blvd, Suite 800
Metairie, LA 70005


Whitney National Bank
Recovery Dept.
PO Box 4019
Gulfport, MS 39502-4019

# United States Bankruptcy Court
## Western District of Louisiana

In re **Whitten Foundation**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 31, 2015**

**/s/ Patrick J. Coffey**  
**Patrick J. Coffey**/**President**  
Signer/Title

In re **Whitten Foundation**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Whitten Foundation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 31, 2015**  
Date

/s/ Gerald J. Casey  
**Gerald J. Casey**  
Signature of Attorney or Litigant  
Counsel for **Whitten Foundation**  
**Gerald J. Casey**  
**Attorney at Law**  
**613 Alamo Street**  
**Lake Charles, LA 70601**  
**337-474-5005 Fax:337-310-4877**  
**gcasey@caseylaw.net**